IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DARRELL GAEBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:22-cv-141 (LMB/JFA) |
| | ) |
| UNITED STATES POLO ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court and the accompanying Memorandum Opinion, Defendant United States Polo Association's Motion to Dismiss Plaintiff's Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 21] has been GRANTED. Accordingly, it is hereby

ORDERED that the Amended Complaint [Dkt. No. 13] be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in defendant's favor pursuant to Fed. R. Civ. P. 58, forward copies of this Order and accompanying Memorandum Opinion to counsel of record, and close this civil action.

Entered this 12th day of May, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge