**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Darrell Gaebel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-00141 |
| | ) | |
| | ) | |
| United States Polo Association | ) | |
| | ) | |
| Defendant, | ) | |

## <u>JUDGMENT</u>

Pursuant to the order of this Court entered on June 14, 2024 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant,

United States Polo Association and against the plaintiff, Darrell Gaebel.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
        K.Galluzzo
        Deputy Clerk

Dated: June 14, 2024
Alexandria, Virginia